ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
BENJAMIN R. BARRON (Cal. Bar No. 257094)
Assistant United States Attorney
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-3542
    Facsimile:  (213) 894-0142
    E-mail:     ben.barron@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

JS-3

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 10-446-GAF |
| Plaintiff, | ORDER |
| v. | |
| VORASEK TEMSONGAI, | |
| Defendant. | |

Having considered the government's motion, IT IS HEREBY ORDERED that the indictment in the above-captioned case be DISMISSED WITHOUT PREJUDICE as to defendant Vorasek Temsongai.

Dated: June 28, 2011

_____
THE HON. GARY A. FEESS
United States District Judge